Plaintiffs have notified the Court that they have reached an independent resolution of this matter, contingent upon a condition to take place by May 23, 2019. The initial case management conference set for June 10, 2019, is therefore CANCELLED. Plaintiffs shall make all necessary filings to terminate this action by June 24, 2019.

_____
Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **LUXOTTICA GROUP S.p.A.**, an Italian corporation, and **OAKLEY, INC.**, a Washington corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:19-cv-00014 |
| **NYALKARAN, INC.** d/b/a **QUICK STOP** a Tennessee corporation, **MARUTI VADU INC.**, a dissolved Tennessee corporation, **SANGITA PATEL**, individually, and **ASHVIK PATEL**, individually, | ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO ABATE

**COMES NOW** Plaintiffs, Luxottica Group S.p.A. and Oakley, Inc. (hereinafter collectively referred to as the "Plaintiffs"), through undersigned counsel, hereby notify the Court of the following:

1. A confidential settlement has been reached between Plaintiffs and Defendants Nyalkaran, Inc. and Sangita Patel with respect to the above-captioned lawsuit.

2. Pursuant to the Parties' confidential agreement, a condition must occur on or before May 23, 2019, such that the settlement can be completed.

3. Accordingly, Plaintiffs respectfully request that the Court abate this matter through and including May 23, 2019, to allow for the condition to take place. Upon completing the settlement, Plaintiffs will file a notice of voluntary dismissal with prejudice as to all defendants.